## Commonwealth v. Newton, Appellant.

Argued September 18, 1970. *John W. Packel*, Assistant Defender, with him *Marina Angel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.